IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE L. JACKIO,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**PFEIFFER,**<br><br>　　　　　　　　　　Respondent. | Case No. 2:16-cv-2812 WBS GGH<br><br>**ORDER** |

   Respondent has moved for a 30-day enlargement of time within which to file a response to the petition in this matter.

   GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to the petition shall be filed on or before March 15, 2017.

Dated: February 10, 2017

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:16-cv-2812 WBS GGH)