UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. JACKIO,<br><br>        Petitioner,<br><br>    v.<br><br>PFEIFFER, Warden,<br><br>        Respondent. | No. 2:16-cv-2812<br><br>ORDER |

Respondent served an Answer to the Petition for Writ of Habeas Corpus filed by the petitioner and pending before this court. ECF No. 12. In conformity with an earlier Order of this Court the respondent also Lodged the state court record with the court. ECF No. 13. There are, however, omissions from that record comprising *in camera* hearings held by the trial court to discuss the basis for petitioner's Marsden motions seeking to replace counsel which are noted to have been filed under seal and the reporter's transcription of those meetings was excluded from the Reporter's Transcript Lod. Doc. No. 1 at 1-4 and 38-54. Insofar as petitioner's petition challenges the sufficiency of the *Faretta* warnings he received from the court and claims that the action of the court resulted in a coerced waiver of his rights and his decision to proceed in a complex trial pro per, the court must have access to these records in full, both documentary and

1

transcribed, in order to completely address the petition.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Respondent shall provide the sealed portions of the trial record described above, both documentary and in the form of the reporter's transcript within 5 business days of this Order.

**IT IS SO ORDERED.**

DATED: November 9, 2018

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE