| | |
|---|---|
| LAWRENCE J. JACKIO, | No.  Case No. 2:16-cv-02812-WBS-GGH |
| Petitioner, | ORDER |
| v. | |
| PFEIFFER, Warden, | |
| Respondent | |

There are currently two open matters pending on this court's docket for this case.  On March 5, 2018 Petitioner, who is proceeding pro se in this habeas corpus case which is now under submission for determination, filed a motion seeking access to a copy of an unpublished decision of this court, Najeca-Gordillo v. United States, 2009 U.S.Dist.LEXIS 82062 (E.D.Cal. 2009), ECF No. 19, which can only be acquired via the internet to which inmates do not have access, in order to facilitate Petitioner's ability to add to his opposition to Respondent's Answer.  Such a request is not unreasonable and the court will attach a copy of that decision to this Order.

On November 13, 2018, this court issued an Order directing Respondent to provide the sealed portions of the trial record -- transcripts of *in camera* hearings held by the court regarding petitioner's *Marsden* and *Faretta* motions.  ECF No. 20.  On November 19, 2018, Respondent asked that the foregoing order be vacated and Petitioner be ordered to produce the missing transcripts.  Obviously, the transcripts in question which appear to have been filed *in camera* are

foundational to addressing the counsel issue in the Petition in this case-- if they have been transcribed at all (doubtful). Therefore, the court will initially direct Petitioner to provide them to the court and respondent if they are in his possession and, if they are not, to file a document so stating. If petitioner does not have the transcripts in his possession, the undersigned will again order Respondent to acquire the transcripts as directed in the November 13 Order, be they presently be transcribed or not.

In light of the foregoing IT IS THEREFORE ORDERED that:

1.   The Order of November 13, 2018, ECF No. 20, is vacated;

2.   Petitioner shall file copies of the documents (transcripts) identified in ECF No. 20 if they are in his possession and, if he does not possess them, he shall file a document so informing the court within 10 days of the service of this Order;

3.   If Petitioner files notice that he does not possess the documents identified in ECF No. 20, Respondent shall acquire them from the court where they are stored and produce them to the court within 30 days of receiving Petitioner's notice of non-possession;

4.   The Court will attach to this Order a copy of the unpublished decision in <u>Najeca-Gordillo v. United States</u>, 2009 U.S.Dist.LEXIS 82062 (E.D.Cal. 2009), in its WestLaw format;

5.   Petitioner shall have twenty-one (21) days from submission of the transcripts to file any supplement to his Traverse;

6.   Respondent shall have 10 days from the date of petitioner's supplemented traverse to file a reply if he so desires.

7.   This Order resolves ECF Nos. 19 and 21.

Dated: November 27, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE