UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. JACKIO., <br><br> Petitioner, <br><br> v. <br><br> PFEIFFER, Warden, <br><br> Respondent. | No. 2:16-cv-02812-WBS-GGH <br><br><br> ORDER |

On November 28, 2018, this court entered an Order directing petitioner to either file copies of transcripts that were filed with the State trial court under seal regarding in-chambers discussions of petitioner's request for appointment of new counsel or to notify the court that it did not have those transcripts. ECF No. 22. Petitioner was given 10 days to respond to that Order. He has not done so.

Without the aforementioned transcripts this court cannot reach the merits of petitioner's habeas corpus claims. Therefore, it is imperative that those transcripts be located and made available to the court. This fact renders petitioner's silence puzzling as the absence of such documents delays action by this court to address his complaints.

Petitioner shall fulfill the requirements of ECF No. 22 by either filing said transcripts or notifying the court that he neither has them in his possession nor does he have access to them. He

shall do so within 10 days of this Order or subject himself to potential sanctions for disobeying a court Order.

**IT IS SO ORDERED.**

Dated: December 18, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE